UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                              Plaintiff

      -against-

LEURY MOJICA,

                            Defendant.
------------------------------------------------------------ x

**SCHEDULING ORDER**

21 Cr. 377 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing scheduled for March 23, 2023 is adjourned to May 9, 2023, at 11 a.m..

      No later than May 2, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:   March 13, 2023                      /s/ Alvin K. Hellerstein
           New York, New York           ALVIN K. HELLERSTEIN
                                                    United States District Judge