UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
: **ORDER**
- v. - :
: 21 Cr. 377 (AKH)
LEURY MOJICA, :
:
Defendant. :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    WHEREAS, with the defendant's consent, a change of plea hearing was held before United States Magistrate Judge Jennifer E. Willis on November 16, 2022;

    WHEREAS, a transcript of the change of plea hearing was made and thereafter was transmitted to the District Court;

    WHEREAS, a copy of the plea agreement entered into by the parties was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, plea agreement, and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:  New York, New York
     May 2, 2023

                      _____
                      THE HONORABLE ALVIN K. HELLERSTEIN
                      UNITED STATES DISTRICT JUDGE
                      SOUTHERN DISTRICT OF NEW YORK