Date: October 15, 2024

USA V. Leury Mojica

IN RE: Docket No. 1:21 CR 00377

Dear Clerk,

Enclosed, a motion requesting transcripts to the hearing held on June 28, 2023. It is still timely as defendant has exercised due diligence, as other factor hindered defendant from filing it within 1 year. The arguments will excuse defendant from the 1 year and will state it on his 28 U.S.C. § 2255 motion nunc pro tunc and his 28 U.S.C. § 3582. Also, could you please file and docket the present motion and provide me with an up to date docket sheet. Thank you,

Denied; there is no open case before me. Requests for transcripts should be made to the attorney who represented Defendant.

10/22/24   /s/ Alvin K. Hellerstein

Respectfully,

[signature]

Leury Mojica
Reg No: 91424-054
U.S.P. Canaan
PO Box 300
Waymart, PA 18472

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>Leury Mojica<br>Defendant. | Criminal: CASE<br><br>Judge Hellerstein<br><br>No.: 1:21 cr 00377 |

### TRANSCRIPT REQUEST

NOW COMES, Leury Mojica, the defendant, pro se, and files the present motion requesting transcripts to the following hearing for the following reasons below:

1. Defendant was sentenced to 70 months on 28th of June, 2023 by the Honorable Judge Alvin K. Hellerstein.

2. Defendant makes the request for transcripts to the hearing held on June 28th, 2023. (Sentencing Transcripts)

3. Defendant is indigent and unable to pay for the cost of the transcripts. (See Attached Informa Pauperis application)

4. The following request for transcripts is necessary in order to file an adequate 28 U.S.C.S. § 2255 motion, and § 3582.

WHEREFORE, defendant respectfully request this court GRANT the motion transcript request. Furthermore, make an ORDER for the transcripts to be furnished upon the defendant at no cost.

Date: 10/15/24

Respectfully submitted,

Leury Mojica
Reg. No.
U.S.P. Canaan
P.O. Box - 300
Waymart, PA 18472

Leury Mojica
Reg No. 91424-054
U.S.P. Canaan
PO Box 300
Waymart, PA 18472

SPECIAL MAIL

US Courthouse, 500 Pearl Street
SDNY Clerk of Court
New York, NY 10007



RECEIVED
OCT 18 2024